EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT |
| | ) | |
| MARIA D. BARNES,      (01), | ) | |
| GEORGE CALLENDER,     (02), | ) | |
| ROBERT CRUZ,          (03), | ) | |
| SANFORD JACOBSEN,     (04), | ) | Old Trial Date: February 14, 2006 |
| | ) | New Trial Date: May 16, 2006 |
| Defendants. | ) | Judge: Hon. David A. Ezra |
| | ) | |

ORDER CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On January 23, 2006, defendant Maria D. Barnes through counsel orally moved the Court to continue the February 14, 2006 trial date in order to further prepare for trial.  Counsel for defendant Robert Cruz did not oppose the motion.  Counsel for

defendant Callender did not appear and the United States advised the Court that defendant Callender was negotiating a plea agreement.  The United States did not object to defendant Barnes' request to continue trial.

The Court grants defendant Barnes motion to continue trial in order to ensure adequate time for the defendants to prepare.  The Court finds that failure to grant a continuance would unreasonably deny defendants Barnes and Cruz adequate time to prepare.  The Court finds that the ends of justice served by continuing the trial from February 14, 2006 to May 16, 2006 outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, pursuant to 18 U.S.C. § 3161(h)(8)(A), the time beginning and including February 14, 2006 to and including May 16, 2006 shall be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

A final pretrial conference will be held before United States Magistrate Judge Leslie E. Kobayashi on April 24, 2006 at 10:00 a.m.  Defense motions shall be filed no later than April 3, 2006 and the government response shall be filed no later than April 17, 2006.

DATED at Honolulu, Hawai'i, January 26, 2006.



_____
Leslie E. Kobayashi
United States Magistrate Judge

United States v. Maria D. Barnes, et al.
Cr. No. 05-00367 DAE

Order Continuing Trial and Excluding
Time Under the Speedy Trial Act

**CERTIFICATE OF SERVICE**

    I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

1. Mr. Arthur E. Ross                    January 26, 2006
   Attorney at Law
   126 Queen St., Suite 210
   Honolulu, HI 96813

   Attorney for Defendant
   MARIA D. BARNES

2. Mr. Michael J. Park                  January 26, 2006
   Attorney at Law
   733 Bishop St., Suite 2302
   Honolulu, HI 96813

   Attorney for Defendant
   GEORGE CALLENDER

3. Mr. Richard D. Gronna              January 26, 2006
   Attorney at Law
   820 Mililani St., Suite 502
   Honolulu, HI 96813

   Attorney for Defendant
   ROBERT CRUZ

                                                  /s/Rowena N. Kang