## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following parties by personal service at the following addresses as set forth below:

THOMAS MUEHLECK, AUSA
United States Attorney's Office
PJKK Federal Building, Room 6-1000
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA


DATED: Honolulu, Hawaii, February 10, 2006.

*/s/ Arthur E. Ross*
ARTHUR E. ROSS
Attorney for Defendant
MARIA D. BARNES
