# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00367DAE

CASE NAME:         USA v. (03) Robert Cruz

ATTYS FOR PLA:     Thomas C. Muehleck

ATTYS FOR DEFT:    (03) Richard D. Gronna

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     3/13/2006                TIME:        3:31 - 3:53

COURT ACTION:  EP: M/Withdraw Not Guilty Plea and to Plead Anew as to (03) Robert Cruz - deft present on bail.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Count I of the Indictment.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 9-18-06 @ 1:30 p.m., DAE.
Trial date vacated.
Bail to continue.

Submitted by Richlyn Young, courtroom manager