ORIGINAL

RICHARD D. GRONNA #5391
Attorney at Law
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone 808 523-2441
Facsimilie 808 521-4800
Email: rgronna@hawaii.rr.com

Attorneys for Defendant
ROBERT CRUZ

LODGED
APR 1 9 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 0 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367 DAE |
| Plaintiff, | ) STIPULATION TO MODIFY<br>) CONDITIONS OF PRETRIAL RELEASE;<br>) ORDER GRANTING STIPULATION TO |
| vs. | ) MODIFY CONDITIONS OF PRETRIAL<br>) RELEASE |
| ROBERT CRUZ, (03), | ) |
| Defendant | ) |

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated by and between the parties, by the Plaintiff, United States of America, by and through its attorney, Thomas Muehleck, the Defendant, ROBERT CRUZ, by and through his attorney, Richard D. Gronna, and Pre-trial Services, by and through Dianna Arima-Linscott that the special condition of the release as it pertains to the Defendant's travel be extended to allow the Defendant to Travel to Puerto Rico on May 2, 2006 until May 11, 2006, and travel from Puerto Rico to New York on May 11, 2006 until May 22, 2006 and return to Honolulu, Hawaii on May 22, 2006.

That while the Defendant is in Puerto Rico from May 2, 2006 to May 11, 2006 he reside with his Grandmother Elisa Ramos Jordan, Calle-Candelaria, 78-25 Barrio Corazon, Guayama, Puerto Rico 0784 telephone number 787-866-1559.

That while the Defendant is in New York from May 11, 2006 to May 22, 2006 from he will reside with his brother, Lenny Cruz, 79 Parson Drive, Hemsted, New York, telephone number 516-505-2512.  That on December 21, 2005 until December 29, 2005, the Defendant be allowed to travel to Puerto Rico where he will. That on December 29, 2005 the Defendant be allowed to travel to Hempsted, New York, until January 2, 2006 where he will reside with his brother, Lenny Cruz, 79 Parson Drive, Hemsted, New York, telephone number 516-505-2512.

That the Defendant will return to Hawaii on or before May 22, 2006.

All the other terms and conditions shall apply to the Court's previous orders of release.

DATED: Honolulu, Hawai'i, _____

_____
THOMAS MUEHLECK
Assistant United States Attorney

DATED: Honolulu, Hawai'i  April 17, 2006

_____
RICHARD D. GRONNA
Attorney for Defendant
ROBERT CRUZ


DATED: Honolulu, Hawai'i  _____

_____
U.S. Pretrial Services
DIANE S. ARIMA-LINSCOTT

- 3 -