ORDER

UPON review of the Stipulation between the Parties and Pre-trial Services, and good cause appearing therefore, the condition of release is amended to allow the Defendant to travel to Puerto Rico on May 2, 2006 through May 11, 2006, and travel from Puerto Rico to New York on May 11, 2006 through May 22, 2006 and to return to Honolulu, Hawaii on May 22, 2006.

That while the Defendant is in Puerto Rico from May 2, 2006 to May 11, 2006 he reside with his Grandmother Elisa Ramos Jordan, Calle-Candelaria, 78-25 Barrio Corazon, Guayama, Puerto Rico 0784 telephone number 787-866-1559.

That while the Defendant is in New York from May 11, 2006 to May 22, 2006 from he will reside with his brother, Lenny Cruz, 79 Parson Drive, Hemsted, New York, telephone number 516-505-2512. That on December 21, 2005 until December 29, 2005, the Defendant be allowed to travel to Puerto Rico where he will. That on December 29, 2005 the Defendant be allowed to travel to Hempsted, New York, until January 2, 2006 where he will reside with his brother, Lenny Cruz, 79 Parson Drive, Hemsted, New York, telephone number 516-505-2512.

That the Defendant return to Hawaii on or before May 22, 2006.

- 4 -

All the other terms and conditions shall apply to the Court's previous orders of release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____4/19/06_____.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

UNITED STATES v. ROBERT CRUZ(06); CR. NO. 05-00367 DAE; Order
Granting Stipulation to Modify Conditions of Pretrial Release