```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367-03 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF |
| vs. | ) | THE UNITED STATES; |
| | ) | CERTIFICATE OF SERVICE |
| ROBERT CRUZ, | ) | |
| | ) | Date:  September 18, 2006 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge: David Alan Ezra |
| | ) | |

SENTENCING STATEMENT OF THE UNITED STATES

      The United States has no objections to this draft presentence report.

      DATED: August 2, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                   /s/ Jonathan M.F. Loo
                              By_____
                                 JONATHAN M. F. LOO
                                 Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by mail:

RICHARD GRONNA, ESQ.                          August 21, 2006
820 Mililani Way, Suite 812
Honolulu, Hawaii 96813

Attorney for Defendant
ROBERT CRUZ


Served by Hand-Delivery:                      August 21, 2006

U.S. PROBATION OFFICE
ATTN: Ellie Asasaki
300 Ala Moana Boulevard
Honolulu, HI 96850


DATED:  Honolulu, Hawaii, August 2, 2006.


                                        /s/ Patricia Redondo
                                        _____