ORIGINAL

RICHARD D. GRONNA #5391
Attorney at Law
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone 808 523-2441
Facsimilie 808 5214800
Email: rgronna@hawaii.rr.com

LODGED
OCT 0 4 2006
3:20 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 0 5 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant
ROBERT CRUZ

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367 DAE |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE SENTENCING |
| ROBERT CRUZ, | ) NEW SENTENCING DATE: |
| Defendant | ) **February 12, 2007** |
| | ) TIME: **2:15 p.m.** |
| | ) JUDGE DAVID ALAN EZRA |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America by its Assistant United States Attorney Louis Brocco, Esq., and Defendant ROBERT CRUZ, by his attorney Richard D. Gronna, that the Sentencing hearing presently scheduled for October 16, 2006 at 2:00 p.m. be continued to February 12, 2007, at 2:15 p.m.

IT IS SO STIPULATED.

Dated: Honolulu, Hawaii, _October 2, 2006_.

_____
JONATHAN M.F. LOO
Assistant United States Attorney

_____
RICHARD D. GRONNA
Attorney for Defendant
ROBERT CRUZ


APPROVED AND SO ORDERED:

Dated:  Honolulu, Hawaii, __OCT 05 2006__

_____
DAVID ALAN EZRA
United States District Judge


U.S.A. vs. ROBERT CRUZ, Cr. No. 05-00367 DAE; Stipulation and Order to Continue Sentencing