# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00367DAE

CASE NAME: USA v. (03)Robert Cruz

ATTYS FOR PLA: Jonathan Loo

ATTYS FOR DEFT: (03)Richard Gronna

USPO: Ellie Asasaki

JUDGE: David Alan Ezra            REPORTER: Lisa Groulx

DATE: 2/12/2007                   TIME: 9:00am-9:10am(m/d)
                                        9:10am-9:45am(sent)

COURT ACTION: EP: Sentencing to Count 1 of the Indictment as to Defendant (03)Robert Cruz. Government's Motion for Downward Departure.

Defendant (03)Robert Cruz present, not in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (03)Robert Cruz.

SENTENCE:

Imprisonment: 8 MONTHS

Supervised Release: 3 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.[DRUG TESTING IS WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the fine of $5,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest shall commence to accrue of any remaining balance accrued during the period of supervision.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Prison Camp in California. Educational opportunities.

Defendant advised of his right to appeal.

Mittimus is stayed until 4/30/2007.

Defendant to self-surrender @2:00 p.m. on 4/30/2007at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager