**ORIGINAL**

RICHARD D. GRONNA #5391
Attorney at Law
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone 808 523-2441
Facsimilie 808 521-4800
Email: rgronna@hawaii.rr.com

Attorneys for Defendant
ROBERT CRUZ

Filed U.S.D.C.
3/7/2007
10:40 am gh

MAR 0 7 2007
at 10 o'clock and 40 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00367 DAE |
| Plaintiff, | ) STIPULATION TO MODIFY |
| | ) CONDITIONS OF PRETRIAL RELEASE; |
| vs. | ) ORDER GRANTING STIPULATION TO |
| | ) MODIFY CONDITIONS OF PRETRIAL |
| ROBERT CRUZ, (03), | ) RELEASE |
| Defendant | ) |

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated by and between the parties, by the Plaintiff, United States of America, by and through its attorney, Jonathan Loo, the Defendant, ROBERT CRUZ, by and through his attorney, Richard D. Gronna, and Pre-trial Services, by and through Dianna Arima-Linscott that the special condition of the release as it pertains to the Defendant's travel be extended to allow the Defendant to Travel to New York on Thursday March 8, 2007 and return to Honolulu, Hawaii on Tuesday March 20, 2007.

145

That while the Defendant is in he will reside with his brother, Lenny Cruz, 79 Parson Drive, Hemsted, New York, telephone number 516-505-2512.

The Defendant will return to Hawaii prior to his sentencing commitment.

All the other terms and conditions shall apply to the Court's previous orders of release.

DATED: Honolulu, Hawai'i, _____

_____
JONATHAN LOO
Assistant United States Attorney


DATED: Honolulu, Hawai'i  March 6, 2007

_____
RICHARD D. GRONNA
Attorney for Defendant
ROBERT CRUZ


DATED: Honolulu, Hawai'i  _____

_____
DIANA ARIMA-LINSCOTT
U.S. Pretrial Services

- 2 -

<u>ORDER</u>

UPON review of the Stipulation between the Parties and Pre-trial Services, and good cause appearing therefore, the condition of release is amended to allow the Defendant the special condition of the release as it pertains to the Defendant's travel be extended to allow the Defendant to travel to New York on Thursday March 8, 2007 and return to Honolulu, Hawaii on Tuesday March 20, 2007.  That while the Defendant is in New York he will reside with his brother, Lenny Cruz, at 79 Parson Drive, Hemsted, New York, telephone number 516-505-2512.

All the other terms and conditions shall apply to the Court's previous orders of release.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 7, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

<u>UNITED STATES v. ROBERT CRUZ(06)</u>; CR. NO. 05-00367 DAE; Order Granting Stipulation to Modify Conditions of Pretrial Release

**Record Locator:**
**KJDFLV**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 28 | HONOLULU | THU 08MAR 1:55 PM | SAN FRANCISCO | 8:50 PM | Q |
| | Robert Cruz | | FF#: F69K334 GLD | Economy | Seat 27G | Food For Purchase |
| American Airlines | 18 | SAN FRANCISCO | THU 08MAR 10:30 PM | NEW YORK JFK | 6:40 AM | Q |
| | Robert Cruz | | FF#: F69K334 GLD | Economy | Seat 34G | Food For Purchase |
| American Airlines | 245 | NEW YORK JFK | TUE 20MAR 10:00 AM | LOS ANGELES | 1:15 PM | Q |
| | Robert Cruz | | FF#: F69K334 GLD | Economy | Seat 29B | Food For Purchase |
| American Airlines | 283 | LOS ANGELES | TUE 20MAR 3:30 PM | HONOLULU | 6:20 PM | Q |
| | Robert Cruz | | FF#: F69K334 GLD | Economy | Seat 35B | Food For Purchase |

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| ROBERT CRUZ | 121300433 | 497.86 | 74.56 | 572.42 |

| Payment Type: Master Card XXXXXXXXXXXX9655 | Total: $572.42 |
|---|---|