AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:     1:05CR00367-003  DAE
DEFENDANT:       ROBERT CRUZ                                          Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 8 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
Prison Camp in California.  Educational opportunities.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✔] before 2:00pm, local time on 4/30/2007 .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___4-30-07___ to ___USP Atwater___

at ___Atwater Ca___ , with a certified copy of this judgment.

___D Smith Warden___
UNITED STATES MARSHAL

By ___Clawson LIE___
Deputy U.S. Marshal