cc: USA
PTS
USPO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-05-00367DAE(03) |
| Plaintiff(s), | ) | |
| vs. | ) | |
| Robert Cruz (03), | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2008

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 121019371 issued at Honolulu Passport Agency, HI, USA, on 09/01/04 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 15, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    04/11/1971

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 2-15-08                Signature: _____
                                         Owner of Passport